| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>WELLS FARGO BANK, NA<br>JILL A. MANZO, ESQ.<br>XWF152<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>PAUL A. NEMETH<br><br>Debtor(s). | Case No.: 16-18025 MBK<br><br>Adv. No.:<br><br>Chapter: 13<br><br>Hearing Date: OCTOBER 3, 2017.<br><br>Judge: Honorable Michael B. Kaplan<br><br>**NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)** |

TO: ARTHUR L. SKAAR, JR.
 425 AMWELL RD. STE. 4
 PO BOX 5878
 HILLSBOROUGH, NJ 08844-5878
 Debtor(s)' Attorney

 ALBERT RUSSO
 STANDING CHAPTER 13 TRUSTEE
 CN 4853
 TRENTON, NJ 08650-4853
 Trustee in Bankruptcy

 PAUL A. NEMETH
 58 ASHLEY RD
 EDISON, NJ 08817-4064
 Debtor(s)

 SIR and MADAM:

PLEASE TAKE NOTICE that the undersigned attorney for the Secured Creditor, WELLS FARGO BANK, NA, shall move before the United States Bankruptcy Judge, Honorable Michael B. Kaplan, 402 East State Street, TRENTON, NJ 08608 on the 3RD day of OCTOBER, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following relief:

A. For an Order to Vacate the Automatic Stay pursuant to 11 U.S.C. 362 (d) (1) and/or (2) to permit WELLS FARGO BANK, NA, to proceed against the Debtor(s) and to foreclose upon residential real property of the Debtor(s) known as 58 ASHLEY ROAD, EDISON, NJ 08817 (hereinafter "Premises"), by any lawful means in the Superior Court of New Jersey, Chancery Division; and

B. For such other relief as is just.

**STATEMENT OF NON-NECESSITY OF BRIEF**: The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Affidavit of WELLS FARGO BANK, NA.

Dated: September 5, 2017       FEIN, SUCH, KAHN & SHEPARD,
                               P.C., Attorneys for Secured
                               Creditor WELLS FARGO BANK, NA

                               X   /S/ JILL A. MANZO